UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ARTHUR FLEMMING MOLER<br>REG. # 27271-171 | : | DOCKET NO. 2:20-cv-0876<br>SECTION P |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| UNITED STATES OF AMERICA, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915.

THUS DONE AND SIGNED in Chambers on this 22nd day of June, 2021.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**